In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-303 CV


____________________



JAMES PATRICK REAGAN, Appellant



V.



CONCORD CAPITAL GROUP, L.L.C., Appellee






On Appeal from the 411th District Court


Polk County, Texas


Trial Cause No. CIV 22,145






 MEMORANDUM OPINION 


 The appellant, James Patrick Reagan, filed a motion to dismiss this appeal. (1) The
Court finds that this motion is voluntarily made by the appellant prior to any decision of
this Court and should be granted. Tex. R. App. P. 42.1(a)(1). No other party filed a
notice of appeal. The motion to dismiss is granted and the appeal is therefore dismissed.

 APPEAL DISMISSED.

 ____________________________

 STEVE McKEITHEN

 Justice


Opinion Delivered August 31, 2006 

Before McKeithen, C.J., Kreger and Horton, JJ.
1. Appellant requested that the mandate issue immediately, but did not obtain the
agreement of the appellee or demonstrate good cause. See Tex. R. App. P. 18.1(c).